| **Return of Service** | | |
|---|---|---|
| Case No.: 3:23-CR-454-X (N.D. Tex – Dallas) | Date and time of restraining order service:  11/30/2023, 3:02 PM | Copy of restraining order served on:  Nick Oberheiden |

Description of action taken:

Assistant United States Attorney Dimitri Rocha served a copy of the signed restraining order (Case No.:  3:23-CR-454-X, Document 9) on Nick Oberheiden, attorney for Desi Barroga, via email at nick@federal-lawyer.com.

## Certification

I declare under penalty of perjury that this return is correct.

Date: 12/13/2023

Executing Officer's Signature

Kristine M. Goetz   Special Agent
Printed Name and Title

| Return of Service | | |
|---|---|---|
| Case No.:<br>3:23-CR-454-X<br>(N.D. Tex – Dallas) | Date and time of restraining order service: 11/21/2023, 10:58 AM | Copy of restraining order served on: Aaron Wiley |

Description of action taken:

Assistant United States Attorney Dimitri Rocha served a copy of the signed restraining order (Case No.: 3:23-CR-454-X, Document 9) on Aaron Wiley, attorney for Deno Barroga, via email at alwileylaw@gmail.com.

## Certification

I declare under penalty of perjury that this return is correct.

Date: 12/13/2023

_____
Executing Officer's Signature

Kristine M. Goetz   Special Agent
Printed Name and Title

| Return of Service | | |
|---|---|---|
| Case No.:<br>3:23-CR-454-X<br>(N.D. Tex – Dallas) | Date and time of restraining order service:  11/16/2023, 12:20 PM | Copy of restraining order served on:  Daryll Baxter |

Description of action taken:

A copy of the signed restraining order (Case No.:  3:23-CR-454-X, Document 9) was served on Daryll Baxter, Fidelity Institutional, via email at Daryll.Baxter@fmr.com.

## Certification

I declare under penalty of perjury that this return is correct.

Date: 12/13/2023

_____
Executing Officer's Signature

Kristine M. Goetz  Special Agent
Printed Name and Title