IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

v.                                                      NO.  3:23-CR-454-X

DESI BARROGA (1)
DENO BARROGA (2)

**BILL OF PARTICULARS**
**REGARDING PROPERTY SUBJECT TO FORFEITURE**

Pursuant to Federal Rule of Criminal Procedure 32.2(a), the United States of America, by the undersigned, particularly notices that the following property, in addition to the property set forth in the Indictment, is subject to forfeiture on the basis of allegations set forth in the Indictment filed in this case:

a)  $170,080.25 in Fidelity Investments Account X54-589004 in the name of Deno Barroga and any other appreciation or proceeds derived from this property.

The government may file supplemental bills of particulars as additional assets are identified and/or appraised.  The government also reserves its rights to election of remedies regarding the disposition of the subject property as provided in law.

USA Bill of Particulars – Page 1

Respectfully submitted,

LEIGHA SIMONTON
UNITED STATES ATTORNEY


*/s/  Dimitri N. Rocha*
By: DIMITRI N. ROCHA
Assistant United States Attorney
Florida State Bar No. 693332
1100 Commerce St., Third Floor
Dallas, TX 75242-1699
Telephone: 214-659-8650
Facsimile: 214-659-8803
Dimitri.Rocha@usdoj.gov

DATED: 12/14/2023